IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| CONTINENTAL COMPUTER CORPORATION, | * * * | |
| Plaintiff, | * * | |
| vs. | * | No. 3:04cv00235 SWW |
| | * * * | |
| REYENALDO "CHITO" MARTINEZ, Individually and doing business as ARDNAS; and JOHN DOE I, | * * * | |
| Defendants. | * | |

ORDER

The unopposed motion of plaintiff Continental Computer Corporation to seal exhibit 'C' to docket entry #65 (exhibit 'C' being the January 6, 2005 deposition of former defendant, Roberto Martinez) has been considered by the Court and is hereby granted. The Clerk is directed to take such action as is necessary effectuate this Order.

IT IS SO ORDERED this 19th day of January, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE