IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CONTINENTAL COMPUTER CORPORATION                    PLAINTIFF

VS.                                          NO. 3:04-CV-235

REYENALDO "CHITO" MARTINEZ,
individually and doing business as ARDNAS;
and JOHN DOE I                                      DEFENDANTS

### ORDER OF DIMISSAL

This cause coming before the Court on the stipulation (Doc. #68) of Plaintiff Continental Computer Corporation ("Continental") and Defendant Reyenaldo "Chito" Martinez, as to dismissal of this case as to Reyenaldo "Chito" Martinez,

IT IS ORDERED AS FOLLOWS:

1. This cause is dismissed against Reyenaldo "Chito" Martinez with prejudice and without costs or attorney's fees on Continental or Reyenaldo "Chito" Martinez. The Court shall retain jurisdiction to enforce the settlement agreement (Doc. # 68) between Continental and Reyenaldo "Chito" Martinez.

Entered this 12th day of June, 2006.

Susan Webber Wright
United States District Court Judge